## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

KALEB DEVAN DRY,                          )
                                          )
              Plaintiff,                )
                                          )
v.                                        )          Case No. CIV-25-594-J
                                          )
JIM FARRIS, Warden, et al.,               )
                                          )
              Defendants.               )

### ORDER

Plaintiff, a state prisoner appearing pro se, filed a Complaint pursuant to 42 U.S.C. § 1983. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Stephens granted Plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 9] but to date, Plaintiff has not made the initial partial filing fee payment or requested additional time to do so. Additionally, though Plaintiff filed an Amended Complaint, and then a Second Amended Complaint, he has failed to cure the errors that Judge Stephens directed him to cure. For both reasons, Judge Stephen has issued a Report and Recommendation recommending that Plaintiff's case be dismissed without prejudice. [Doc. No. 13]. Despite being cautioned that he must file any objection no later than August 22, 2025, Plaintiff did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 13] and DISMISSES this case without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 25th day of September, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE